04-00014
USDCRI
Smith, J.

# MANDATE

## United States Court of Appeals
### For the First Circuit

No. 04-1785

UNITED STATES,

Appellee,

v.

SHANTA GARNER,

Defendant, Appellant.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/31/05

Before

Selya, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: May 5, 2005

Our review of the record indicates that appellant admitted or effectively conceded the facts supporting the sentencing court's findings regarding amount of loss and vulnerability of the victims. When specifically asked at sentencing whether there were any objections to the presentence report or any need for an evidentiary hearing, appellant declined the opportunity to dispute any facts contained therein. That the court then proceeded, without objection, to accept the undisputed facts in the report does not constitute a Sixth Amendment violation.

Because appellant's brief discussed Blakely v. Washington, 124 S.Ct. 2531, 2536 (2004), she is entitled to have her case reviewed under United States v. Booker, 125 S. Ct. 738 (2005). We discern nothing in the record to suggest that there is a reasonable probability that the district judge, who sentenced appellant to the middle of the sentencing guideline range, would have given her a shorter sentence under an advisory system. Although invited to do

so, appellant declined to file a supplemental brief proffering any facts or arguments which might warrant a remand for resentencing under advisory guidelines.

Affirmed. See 1st Cir. R. 27 (c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Edward L. Hayden, Lee Vilker, AUSA, Donald Lockhart, AUSA]