CR-04-014S

# MANDATE

# United States Court of Appeals
## For the First Circuit

No.04-2370

UNITED STATES,

Appellee,

v.

SHANTA GARNER, a/k/a Sheila Moore, a/k/a Anna Reilly,

Defendant - Appellant.

**JUDGMENT**

**Entered: July 6, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 7/6/05

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ____________________
Chief Deputy Clerk

[cc: Shanta Garner, Tamara Barney, Esq., Lee Vilker, AUSA, Donald Lockhart, AUSA]