UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 4 2005
By: U.S. Court of Appeals

May 3, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Shanta Garner
CR04-14-02S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Doreen L. Baldinelli*
DEPUTY CLERK

ENC: Certified Docket, Third Amended Judgment (Doc #69)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 2, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RECEIVED
MAY - 3 2005
By: U.S. Court of Appeals

RE: USA v. Shanta Garner
CR04-14-02S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Duplicate Original Transcript dated May 14, 2005.

04-1785

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR - 6 2005
U.S. Court of Appeals
By:

April 4, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Shanta Garner
CR04-14-02S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Transcript of Sentencing hearing (Marilyn Cruz) (Doc #64).

04-1785

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Jen
7/12

July 7, 2004

RECEIVED
JUL 9 2004
By: U.S. Court of Appeals

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: United States of America v. Marilyn Cruz and Shanta Garner
CR 04-14-01S and CR04-14-02S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Transcript dated February 23, 2004

(Document #40)and Transcript dated May 14, 2004 (Document #39).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 28, 2004

RECEIVED
JUN 30 2004
By: U.S. Court of Appeals

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: United States of America v. Shanta Garner
CR04-14-02S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Presentence Investigation Report, Statement of Reasons

38