USA
Plaintiff

VS: CR04-14-02S

Shanta Garner
Defendant

# EXHIBIT RECEIPT

Government's exhibits 1 & 2

~~Attorney~~

Deputy clerk